UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS LEVY *and* CAMEROHN X WITHERS,

            Plaintiffs,

    v.

GEORGE C MCNAMEE, GARY K WILLIS, MAUREEN O. HELMER, ANDREW J. MARSH, JOHANNES M. ROTH, GREGORY L KENAUSIS, LUKE SCHNEIDER, *and* JONATHAN SILVER,

            Defendants,

    -and-

PLUG POWER INC.,

            Nominal Defendant.

**ORDER**

21 Civ. 2891 (ER)

Ramos, D.J.:

On January 18, 2024, the parties filed a Joint Stipulation of Dismissal in lead case, IN RE PLUG POWER INC. DERIVATIVE LITIGATION, 21-cv-2753-ER, and in the instant consolidated case. Accordingly, the Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                          Edgardo Ramos, U.S.D.J.